**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John C Knightly** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Christine F Lewis Knightly** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **1:25-bk-17711** |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**    **Summarize Your Assets**

| | **Your assets** Value of what you own |
|---|---|

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B............................................................... $    **436,500.00**

   1b. Copy line 62, Total personal property, from Schedule A/B....................................................... $    **161,532.79**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................ $    **598,032.79**

**Part 2:**    **Summarize Your Liabilities**

| | **Your liabilities** Amount you owe |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $    **495,009.09**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ $    **3,500.67**

   3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ $    **396,862.18**

   **Your total liabilities** $    **895,371.94**

**Part 3:**    **Summarize Your Income and Expenses**

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*................................................................ $    **8,689.52**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*........................................................ $    **8,313.00**

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **John C Knightly**

Debtor 2    **Christine F Lewis Knightly**

Case number *(if known)*  **1:25-bk-17711**

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

    $ _____ **16,403.28**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **3,500.67** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **291,027.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **294,527.67** |

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **John C Knightly** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christine F Lewis Knightly** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number | **1:25-bk-17711** | | |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                  12/15

In each category, separately list and describe items. List an asset only once.    If an asset fits in more than one category, list the asset in the category where you think it fits best.    Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.   **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes.   Where is the property?

| 1.1 | | | |
|---|---|---|---|

**29 Waverly Road**
Street address, if available, or other description

**Marlton        NJ    08053**
City            State    ZIP Code

**Burlington**
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:
**Real Property**
**$485,000-10% = $436,500-$434,121.09= $2,378.91-exemption = $0.00**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$436,500.00** | **$436,500.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Joint tenant**

☐ **Check if this is community property** (see instructions)

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................=>

**$436,500.00**

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | John C Knightly | |
|---|---|---|
| Debtor 2 | Christine F Lewis Knightly | Case number *(if known)* **1:25-bk-17711** |

**3.** **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1 | Make: | **Jeep** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Grand Cherokee** | ☐ Debtor 1 only | | |
| | Year: | **2020** | ☒ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **80000** | ☐ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Vehicle | | ☐ Check if this is community property (see instructions) | **$13,334.00** | **$13,334.00** |

| 3.2 | Make: | **Fiat** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **500x** | ☐ Debtor 1 only | | |
| | Year: | **2016** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **75000** | ☒ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Vehicle | | ☐ Check if this is community property (see instructions) | **$2,214.00** | **$2,214.00** |

| 3.3 | Make: | **Subaru** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* | |
|---|---|---|---|---|---|
| | Model: | **Outback** | ☐ Debtor 1 only | | |
| | Year: | **2015** | ☐ Debtor 2 only | **Current value of the entire property?** | **Current value of the portion you own?** |
| | Approximate mileage: | **130000** | ☒ Debtor 1 and Debtor 2 only | | |
| | Other information: | | ☐ At least one of the debtors and another | | |
| | Vehicle - Already in possession of lender | | ☐ Check if this is community property (see instructions) | **Unknown** | **Unknown** |

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

| 5 | Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................................=> | **$15,548.00** |
|---|---|---|

| **Part 3:** | **Describe Your Personal and   Household Items** | |
|---|---|---|
| Do you own or have any legal or equitable interest in any of the following items? | | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

**6.** **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☒ Yes.   Describe.....

| Household Goods and Furnishings | $2,500.00 |
|---|---|

**7.** **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☒ Yes.   Describe.....

| Debtor 1 | **John C Knightly** | | |
|---|---|---|---|
| Debtor 2 | **Christine F Lewis Knightly** | Case number *(if known)* | **1:25-bk-17711** |

| Electronics | $500.00 |
|---|---|

**8.  Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☒ Yes. Describe.....

| Books, CD's, DVD's | $200.00 |
|---|---|

**9.  Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☒ Yes. Describe.....

| 1 golf clubs | $50.00 |
|---|---|

**10.  Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes. Describe.....

**11.  Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe.....

| Clothing | $300.00 |
|---|---|

**12.  Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☒ Yes. Describe.....

| Jewelry | $300.00 |
|---|---|

**13.  Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☒ No
☐ Yes. Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

☒ No
☐ Yes. Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here .........................................................................**

| $3,850.00 |
|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16.  Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☒ Yes.................................................................................................

| | Cash on hand | $30.00 |
|---|---|---|

**17.  Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor 1 | **John C Knightly** | | |
|---|---|---|---|
| Debtor 2 | **Christine F Lewis Knightly** | | Case number *(if known)* **1:25-bk-17711** |

☒ Yes........................                                   Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking #5438** | **PNC Bank** | $374.08 |
| 17.2. | **Checking #0892** | **PNC Bank** | $0.00 |
| 17.3. | **#0905** | **PNC Bank** | $0.00 |
| 17.4. | **#0913** | **PNC Bank** | $0.00 |
| 17.5. | **#5454** | **PNC Bank** | $0.00 |
| 17.6. | **#5446** | **PNC Bank** | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☒ No
   ☐ Yes..................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☒ No
   ☐ Yes.   Give specific information about them...................
          Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ☒ No
   ☐ Yes. Give specific information about them
          Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ☒ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **Pension** | **Retirement account with current employer; Account is ERISA qualified and, therefore exempt.** | $141,715.71 |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ☒ No
   ☐ Yes. ....................          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ☒ No
   ☐ Yes.............          Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ☒ No
   ☐ Yes.............          Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **John C Knightly** | | |
|---|---|---|---|
| Debtor 2 | **Christine F Lewis Knightly** | Case number *(if known)* | **1:25-bk-17711** |

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,   workers' compensation, Social Security benefits; unpaid loans you made to someone else
☒ No
☐ Yes.   Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☒ No
☐ Yes. Name the insurance company of each policy and list its value.
      Company name:                    Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
☒ No
☐ Yes.   Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☒ No
☐ Yes.   Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes.   Describe each claim.........

35. **Any financial assets you did not already list**
☐ No
☒ Yes.   Give specific information..

| | |
|---|---|
| **Cash App** | **$0.00** |
| **PayPal** | **$0.00** |
| **Venmo** | **$15.00** |

Debtor 1 **John C Knightly**

Debtor 2 **Christine F Lewis Knightly**

Case number *(if known)* **1:25-bk-17711**

---

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

| |
|---|
| $142,134.79 |

---

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
☒ No. Go to Part 6.
☐ Yes.   Go to line 38.

---

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.   Go to line 47.

---

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................

| |
|---|
| $0.00 |

---

**Part 8:**    List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ............................................................................................. | | $436,500.00 |
| 56. | **Part 2: Total vehicles, line 5** | $15,548.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $3,850.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $142,134.79 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** + | $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $161,532.79 | Copy personal property total          $161,532.79 |

63. **Total of all property on Schedule A/B**. Add line 55 + line 62

| |
|---|
| $598,032.79 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **John C Knightly** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **Christine F Lewis Knightly** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | |
| Case number | **1:25-bk-17711** | |
| (if known) | | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.    11 U.S.C. § 522(b)(3)

   ☒ You are claiming federal exemptions.    11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **29 Waverly Road, Marlton, NJ 08053 Burlington County Real Property** $485,000-10% = $436,500-$434,121.09= $2,378.91-exemption = $0.00 Line from *Schedule A/B*: **1.1** | $436,500.00 | ☒  $2,378.91<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| **Household Goods and Furnishings** Line from *Schedule A/B*: **6.1** | $2,500.00 | ☒  $2,500.00<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Electronics** Line from *Schedule A/B*: **7.1** | $500.00 | ☒  $500.00<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Books, CD's, DVD's** Line from *Schedule A/B*: **8.1** | $200.00 | ☒  $200.00<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **1 golf clubs** Line from *Schedule A/B*: **9.1** | $50.00 | ☒  $50.00<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **John C Knightly** |
|---|---|
| Debtor 2 | **Christine F Lewis Knightly** |

Case number (if known)    **1:25-bk-17711**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Clothing**<br>Line from *Schedule A/B*: **11.1** | $300.00 | ☒ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Jewelry**<br>Line from *Schedule A/B*: **12.1** | $300.00 | ☒ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Cash on hand**<br>Line from *Schedule A/B*: **16.1** | $30.00 | ☒ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **PNC Bank**<br>Line from *Schedule A/B*: **17.1** | $374.08 | ☒ $374.08<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Retirement account with current employer; Account is ERISA qualified and, therefore exempt.**<br>Line from *Schedule A/B*: **21.1** | $141,715.71 | ☒ $141,715.71<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |

3.  **Are you claiming a homestead exemption of more than $214,000?**
    (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☒  No
    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

        ☐    No
        ☐    Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John C Knightly** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Christine F Lewis Knightly** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **1:25-bk-17711** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**
☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
☒ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.    If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

---

| 2.1 | **Bridgecrest Acceptance Corp** | | **$20,650.00** | **Unknown** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2015 Subaru Outback 130000 miles Vehicle - Already in possession of lender**

**PO Box 53087**
**Phoenix, AZ 85072-3087**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    **2023-02**          Last 4 digits of account number    **0601**

---

| 2.2 | **Bridgecrest Acceptance Corp** | | **$16,963.00** | **$2,214.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim:

**2016 Fiat 500x 75000 miles Vehicle**

**PO Box 53087**
**Phoenix, AZ 85072-3087**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred    **2024-07**          Last 4 digits of account number    **1802**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1 __John C Knightly__
      First Name        Middle Name        Last Name

Debtor 2 __Christine F Lewis Knightly__
      First Name        Middle Name        Last Name

Case number (if known) __1:25-bk-17711__

---

| 2.3 | **First Investors Financial Dept** | Describe the property that secures the claim: | $23,275.00 | $13,334.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**2020 Jeep Grand Cherokee 80000 miles**
**Vehicle**

**Attn: Bankruptcy**
**3065 Akers Mill Rd SE**
**Ste 700**
**Atlanta, GA 30339-3124**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred __2021-10__       Last 4 digits of account number __0001__

---

| 2.4 | **M & T Bank** | Describe the property that secures the claim: | $361,648.00 | $436,500.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**29 Waverly Road, Marlton, NJ 08053 Burlington County Real Property$485,000-10% = $436,500-$434,121.09= $2,378.91-exemption = $0.00**

**Attn: Bankruptcy**
**PO Box 844**
**Buffalo, NY 14240-0844**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred __2021-07__       Last 4 digits of account number __4668__

---

| 2.5 | **Secretary of HUD** | Describe the property that secures the claim: | $72,473.09 | $436,500.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**29 Waverly Road, Marlton, NJ 08053 Burlington County Real Property$485,000-10% = $436,500-$434,121.09= $2,378.91-exemption = $0.00**

**451 Seventh Street Southwest**
**Washington, DC 20410**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____       Last 4 digits of account number __4668__

---

Add the dollar value of your entries in Column A on this page. Write that number here: **$495,009.09**

If this is the last page of your form, add the dollar value totals from all pages. **$495,009.09**

---

Official Form 106D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 2 of 3

| Debtor 1 | **John C Knightly** | | | Case number *(if known)* | **1:25-bk-17711** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Christine F Lewis Knightly** | | | | |
| | First Name | Middle Name | Last Name | | |

**Write that number here:**

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                  Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John C Knightly** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Christine F Lewis Knightly** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **1:25-bk-17711** |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.   Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☐ No. Go to Part 2.
    ☒ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** | **Evesham Township Tax Collector**
Priority Creditor's Name
**984 Tuckerton Road**
**Marlton, NJ 08053**
Number Street City State Zip Code

Last 4 digits of account number  **0107**

When was the debt incurred?

**Total claim** $728.79    **Priority amount** $728.79    **Nonpriority amount** $0.00

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify    **Water/Sewer**

---

**2.2** | **Internal Revenue Service**
Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

Last 4 digits of account number  **5685**

When was the debt incurred?

**Total claim** $2,771.88    **Priority amount** $2,771.88    **Nonpriority amount** $0.00

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify    **2024**

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**
    ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

| Debtor 1 | **John C Knightly** | | |
|---|---|---|---|
| Debtor 2 | **Christine F Lewis Knightly** | | |
| | | Case number (*if known*) | **1:25-bk-17711** |

☒ Yes.

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | **Total claim** |
|---|---|---|---|

---

| 4.1 | **Affirm, Inc.** | Last 4 digits of account number | **8ALL** | **Unknown** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**650 California St**
**Fl 12**
**San Francisco, CA 94108-2716**

When was the debt incurred?    **2023-12**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Installment account**

---

| 4.2 | **Afterpay** | Last 4 digits of account number | **All** | **Unknown** |

Nonpriority Creditor's Name
**600 California St., Dl 11**
**San Francisco, CA 94108**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Unsecured**

---

| 4.3 | **Ally Credit Card/Cws** | Last 4 digits of account number | **3224** | **$1,800.00** |

Nonpriority Creditor's Name
**PO Box 9222**
**Old Bethpage, NY 11804-9222**

When was the debt incurred?    **2023-07**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Revolving account**

---

Debtor 1    **John C Knightly**

Debtor 2    **Christine F Lewis Knightly**

Case number (if known)    **1:25-bk-17711**

| 4.4 | **Amerihome Mortgage** | Last 4 digits of account number | **3327** | $0.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**1 Baxter Way**
**Ste 300**
**Thousand Oaks, CA 91362-3888**

When was the debt incurred?    **2021-07**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Mortgage**

---

| 4.5 | **Avant LLC** | Last 4 digits of account number | **8032** | $5,627.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**222 Merchandise Mart Plz**
**Ste 900**
**Chicago, IL 60654-1105**

When was the debt incurred?    **2023-07**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Installment account**

---

| 4.6 | **Barclays Bank Delaware** | Last 4 digits of account number | **1056** | $1,201.01 |

Nonpriority Creditor's Name

**c/o First Portfolio Ventures I LLC**
**3091 Governors Lake Dr**
**Ste 500**
**Peachtree Corners, GA 30071-1135**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **BUR DC-003221-20**

---

Debtor 1    **John C Knightly**

Debtor 2    **Christine F Lewis Knightly**

Case number (if known)    **1:25-bk-17711**

---

| 4.7 | **Best Egg** | Last 4 digits of account number | **5161** | $1,649.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankrupcty**
**PO Box 42912**
**Philadelphia, PA 19101-2912**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**    **2023-05-02**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Installment account**

---

| 4.8 | **Bridgecrest Acceptance Corp** | Last 4 digits of account number | **5601** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 53087**
**Phoenix, AZ 85072-3087**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**    **2020-09**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Auto loan**

---

| 4.9 | **Capital One** | Last 4 digits of account number | **7808** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**When was the debt incurred?**    **2005-07**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Revolving account**

---

Debtor 1    **John C Knightly**
Debtor 2    **Christine F Lewis Knightly**

Case number (if known)    **1:25-bk-17711**

---

**4.10**

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**
Number Street City State Zip Code

Last 4 digits of account number    **9662**

When was the debt incurred?    **2018-05**

$0.00

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Revolving account**

---

**4.11**

**Capital One Auto Finance**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**7933 Preston Rd**
**Plano, TX 75024-2302**
Number Street City State Zip Code

Last 4 digits of account number    **1001**

When was the debt incurred?    **2015-07**

$0.00

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Auto loan**

---

**4.12**

**Comenity Bank/Victoria Secret**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 182125**
**Columbus, OH 43218-2125**
Number Street City State Zip Code

Last 4 digits of account number    **5221**

When was the debt incurred?    **2020-01**

$269.00

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Revolving account**

---

| | |
|---|---|
| Debtor 1 | **John C Knightly** |
| Debtor 2 | **Christine F Lewis Knightly** |

Case number (if known)    **1:25-bk-17711**

---

**4.1 3**

**Comenity/Sephora**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 182125**
**Columbus, OH 43218-2125**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **5131**                                    $0.00

When was the debt incurred?    **2024-04**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Revolving account**

---

**4.1 4**

**Comenitybank/New York**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 182125**
**Columbus, OH 43218-2125**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **2670**                                    $0.00

When was the debt incurred?    **2015-09-23**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Revolving account**

---

**4.1 5**

**Continental Finance Co**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**4550 Linden Hill Rd**
**Ste 4**
**Wilmington, DE 19808-2930**
Number Street City State Zip Code
**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**
**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number    **7722**                                    $0.00

When was the debt incurred?    **2024-03**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Revolving account**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **John C Knightly**

Debtor 2  **Christine F Lewis Knightly**

Case number (if known)  **1:25-bk-17711**

---

| 4.1 6 | | | |
|---|---|---|---|

**Credit One Bank**

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**6801 S Cimarron Rd**
**Las Vegas, NV 89113-2273**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   **4016**

When was the debt incurred?   **2020-12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Revolving account**

$4,540.00

---

| 4.1 7 | | | |
|---|---|---|---|

**Credit One Bank**

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**6801 S Cimarron Rd**
**Las Vegas, NV 89113-2273**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   **6502**

When was the debt incurred?   **2023-06**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Revolving account**

$1,814.00

---

| 4.1 8 | | | |
|---|---|---|---|

**Credit One Bank, N.A.**

Nonpriority Creditor's Name

**c/o LVNV Funding LLC**
**P.O. Box 740281**
**Houston, TX 77274**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   **2781**

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **BUR DC-009757-18**

$1,936.66

---

| Debtor 1 | John C Knightly |
|---|---|
| Debtor 2 | Christine F Lewis Knightly |

Case number (if known)   **1:25-bk-17711**

---

**4.19**

**Dept of Education/MOHELA**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 9635**
**Wilkes Barre, PA 18773-9635**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   **1218**

**When was the debt incurred?**   **2008-12**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☒ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**$291,027.00**

**Student Loan**

---

**4.20**

**Genesis Fs Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 4477**
**Beaverton, OR 97076-4401**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Last 4 digits of account number**   **3160**

**When was the debt incurred?**   **2023-11-29**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Revolving account**

**$2,622.00**

---

**4.21**

**Internal Revenue Service**
Nonpriority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
- ☒ No




- ☐ Yes

**Last 4 digits of account number**   **5685**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**2017, 2018 and 2021 Tax Liability - All returns filed on time and debt assessed**
- ☒ Other. Specify   **more then 240 prior to filing**

**$9,628.11**

---

Debtor 1   John C Knightly
Debtor 2   Christine F Lewis Knightly

Case number (if known)   1:25-bk-17711

---

| 4.2 2 | **Klarna** | Last 4 digits of account number | ALL | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 8116**
**Columbus, OH 43201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Installment account**

---

| 4.2 3 | **Koda Lending dba Helpful Lending** | Last 4 digits of account number | 9198 | $5,196.44 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 246**
**Fort Thompson, SD 57339**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Unsecured Loan**

---

| 4.2 4 | **Mariner Finance** | Last 4 digits of account number | 6916 | $3,049.10 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**8211 Town Center Dr**
**Nottingham, MD 21236-5904**

Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**   **2024-03**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **BUR DC-002364-25**

---

Debtor 1   **John C Knightly**
Debtor 2   **Christine F Lewis Knightly**

Case number (if known)   **1:25-bk-17711**

---

| 4.2 5 | | | |
|---|---|---|---|
| **NetCredit** | **Last 4 digits of account number**   **6520** | | **$8,832.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**175 W Jackson Blvd**
**Ste 1000**
**Chicago, IL 60604-2863**

**When was the debt incurred?**   **2024-08**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Installment account**

---

| 4.2 6 | | | |
|---|---|---|---|
| **NetCredit** | **Last 4 digits of account number**   **0340** | | **$6,174.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**175 W Jackson Blvd**
**Ste 1000**
**Chicago, IL 60604-2863**

**When was the debt incurred?**   **2024-04**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Installment account**

---

| 4.2 7 | | | |
|---|---|---|---|
| **Onemain** | **Last 4 digits of account number**   **3487** | | **$11,507.00** |

Nonpriority Creditor's Name
**PO Box 1010**
**Evansville, IN 47706-1010**

**When was the debt incurred?**   **2023-10**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Installment account**

---

Debtor 1    **John C Knightly**
Debtor 2    **Christine F Lewis Knightly**

Case number (if known)    **1:25-bk-17711**

---

| 4.28 | **Philadelphia Department of Revenue** | | Last 4 digits of account number | **1316** | **$28,385.44** |

Nonpriority Creditor's Name

**PO Box 1630**
**Philadelphia, PA 19105**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**2006/2007 Tax Liability; Returns timely filed and Debt assessed more than 240 prior to**
☒ Other. Specify    **filing**

---

| 4.29 | **Progressive** | | Last 4 digits of account number | **0179** | **$1,383.00** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**725 Canton St**
**Norwood, MA 02062-2679**

When was the debt incurred? **2024-12**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Open account**

---

| 4.30 | **Prosper Funding, LLC** | | Last 4 digits of account number | **8998** | **$566.50** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**221 Main St**
**Ste 300**
**San Francisco, CA 94105-1909**

When was the debt incurred? **2024-01**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Revolving account**

---

| Debtor 1 | John C Knightly | | |
|---|---|---|---|
| Debtor 2 | Christine F Lewis Knightly | Case number (if known) | 1:25-bk-17711 |

---

**4.3**
**1**

| | | |
|---|---|---|
| **Santander Consumer USA, Inc** | **Last 4 digits of account number** 1000 | $0.00 |
| Nonpriority Creditor's Name | | |
| **Attn: Bankruptcy** | **When was the debt incurred?** 2014-04 | |
| **PO Box 961245** | | |
| **Fort Worth, TX 76161-0244** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

---

**4.3**
**2**

| | | |
|---|---|---|
| **South Jersey Gas** | **Last 4 digits of account number** 2298 | $606.92 |
| Nonpriority Creditor's Name | | |
| **P.O. Box 6091** | **When was the debt incurred?** | |
| **Bellmawr, NJ 08099** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☒ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify

---

**4.3**
**3**

| | | |
|---|---|---|
| **Synchrony Bank/Amazon** | **Last 4 digits of account number** 8180 | $310.00 |
| Nonpriority Creditor's Name | | |
| **Attn: Bankruptcy** | **When was the debt incurred?** 2021-10-10 | |
| **PO Box 965060** | | |
| **Orlando, FL 32896-5060** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☒ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a   community debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   **Revolving account**

---

| Debtor 1 | John C Knightly | | |
|---|---|---|---|
| Debtor 2 | Christine F Lewis Knightly | | |
| | | Case number (if known) | 1:25-bk-17711 |

---

**4.3 4**

**TD Bank/Target**
Nonpriority Creditor's Name

**C/O Financial & Retail Services**
**Mailstop BT**
**PO Box 9475**
**Minneapolis, MN 55440-9475**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **6257**

When was the debt incurred?  **2005-09-16**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Revolving account**

**$0.00**

---

**4.3 5**

**Upgrade, Inc.**
Nonpriority Creditor's Name

**Attn: Bankruptcy**
**275 Battery St**
**Fl 23**
**San Francisco, CA 94111-3305**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **0047**

When was the debt incurred?  **2021-11**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Installment account**

**$0.00**

---

**4.3 6**

**Upstart Network Inc.**
Nonpriority Creditor's Name

**PO Box 1503**
**San Carlos, CA 94070-7503**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a    community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  **9831**

When was the debt incurred?  **2023-08**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Installment account**

**$8,738.00**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **John C Knightly**
Debtor 2   **Christine F Lewis Knightly**

Case number (if known)   **1:25-bk-17711**

---

**4.37**

**Zip Co Inc.**
Nonpriority Creditor's Name

**101 California St., Ste. 2710**
**San Francisco, CA 94111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number   **ALL**                           **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Installment account**

---

**Part 3:**    **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Credit Collection Services**<br>**Attn: Bankruptcy**<br>**725 Canton St**<br>**Norwood, MA 02062-2679** | Line **4.29** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Ragan & Ragan, PC**<br>**3100 Route 138 West**<br>**Brinley Plaza, Building One**<br>**Wall, NJ 07719** | Line **4.6** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Stenger & Stenger**<br>**2618 East Paris Ave SE**<br>**Grand Rapids, MI 49456** | Line **4.18** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |

---

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6.   Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 3,500.67 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 3,500.67 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 291,027.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 105,835.18 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 396,862.18 |

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 14 of 15

| Debtor 1 | **John C Knightly** | | |
| Debtor 2 | **Christine F Lewis Knightly** | Case number (if known) | **1:25-bk-17711** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John C Knightly** |
| | First Name            Middle Name                    Last Name |
| Debtor 2 | **Christine F Lewis Knightly** |
| (Spouse if, filing) | First Name            Middle Name                    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **1:25-bk-17711** |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☒ No. Check this box and file this form with the court with your other schedules.    You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| 2.1 | |
| Name | |
| Number    Street | |
| City              State        ZIP Code | |
| 2.2 | |
| Name | |
| Number    Street | |
| City              State        ZIP Code | |
| 2.3 | |
| Name | |
| Number    Street | |
| City              State        ZIP Code | |
| 2.4 | |
| Name | |
| Number    Street | |
| City              State        ZIP Code | |
| 2.5 | |
| Name | |
| Number    Street | |
| City              State        ZIP Code | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **John C Knightly** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christine F Lewis Knightly** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number (if known) | 1:25-bk-17711 | | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☒ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☒ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you.** List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor** Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number      Street<br>City            State            ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number      Street<br>City            State            ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **John C Knightly** |
| Debtor 2 (Spouse, if filing) | **Christine F Lewis Knightly** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | **1:25-bk-17711** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment status** | | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| **Occupation** | | | |
| **Employer's name** | | | **New Jersey Department of Treasury** |
| **Employer's address** | | | |
| **How long employed there?** | | | |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ **4,426.04** | $ **14,056.14** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.**  Add line 2 + line 3. | 4. | $ **4,426.04** | $ **14,056.14** |

Debtor 1    **John C Knightly**
Debtor 2    **Christine F Lewis Knightly**            Case number (*if known*) **1:25-bk-17711**

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| Copy line 4 here ........................................................................ | 4. | $ **4,426.04** | $ **14,056.14** |
| **5.** **List all payroll deductions:** | | | |
| 5a.  **Tax, Medicare, and Social Security deductions** | 5a. | $ **956.83** | $ **0.00** |
| 5b.  **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c.  **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d.  **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e.  **Insurance** | 5e. | $ **0.00** | $ **780.00** |
| 5f.  **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g.  **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h.  **Other deductions.** Specify:   **Federal Income Tax** | 5h.+ | $ **0.00** + | $ **1,697.15** |
|       **FICA** | | $ **0.00** | $ **821.38** |
|       **NJ State Income Tax** | | $ **0.00** | $ **796.37** |
|       **Medicare** | | $ **0.00** | $ **192.10** |
|       **Pension Contribution** | | $ **0.00** | $ **1,054.21** |
|       **Pension Loan Deduction** | | $ **0.00** | $ **3,289.46** |
|       **Unemployment** | | $ **0.00** | $ **28.24** |
|       **Temporary Disability Ins** | | $ **0.00** | $ **32.32** |
|       **Dental** | | $ **0.00** | $ **27.93** |
|       **NJ Family Leave Insurance** | | $ **0.00** | $ **46.39** |
|       **Contributory Insurance** | | $ **0.00** | $ **70.28** |
|       **Accident Insurance** | | $ **0.00** | $ **0.00** |
|       **Credit Union** | | $ **0.00** | $ **0.00** |
|       **AFSCME Full Member Dues** | | $ **0.00** | $ **0.00** |
| **6.** **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **956.83** | $ **8,835.83** |
| **7.** **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $ **3,469.21** | $ **5,220.31** |
| **8.** **List all other income regularly received:** | | | |
| 8a.  **Net income from rental property and from operating a business, profession, or farm**  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b.  **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c.  **Family support payments that you, a non-filing spouse, or a dependent regularly receive**  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d.  **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e.  **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f.  **Other government assistance that you regularly receive**  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g.  **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h.  **Other monthly income.** Specify: | 8h.+ | $ **0.00** + | $ **0.00** |
| **9.** **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **0.00** |
| **10.** **Calculate monthly income.**  Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **3,469.21** + $ **5,220.31** | = $ **8,689.52** |
| **11.** **State all other regular contributions to the expenses that you list in** *Schedule J.*  Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.  Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*  Specify: | | 11.  +$ | **0.00** |

| | |
|---|---|
| Debtor 1 | **John C Knightly** |
| Debtor 2 | **Christine F Lewis Knightly** |

Case number (*if known*) **1:25-bk-17711**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

12. $ **8,689.52**

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☒ No.

☐ Yes. Explain:

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **John C Knightly** |
| Debtor 2 | **Christine F Lewis Knightly** |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | **1:25-bk-17711** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☒ Yes. **Does Debtor 2 live in a separate household?**
       ☒ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and  ☒ Yes.  Fill out this information for
   Debtor 2.                 each dependent..............

   Do not state the
   dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **18** | ☐ No ☒ Yes |
| **Daughter** | **10** | ☐ No ☒ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**  ☒ No  ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $     2,922.00

    **If not included in line 4:**

| | | | |
|---|---|---|---|
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

6. **Utilities:**

| | | | |
|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. $ | 450.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ | 300.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 254.00 |
| 6d. | Other. Specify:   **Cell Phone** | 6d. $ | 292.00 |

Debtor 1   **John C Knightly**
Debtor 2   **Christine F Lewis Knightly**                                      Case number (if known)  **1:25-bk-17711**

| | | | | |
|---|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. | $ | **800.00** |
| 8. | **Childcare and children's education costs** | 8. | $ | **225.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | **150.00** |
| 10. | **Personal care products and services** | 10. | $ | **142.00** |
| 11. | **Medical and dental expenses** | 11. | $ | **410.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | **444.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | **200.00** |
| 14. | **Charitable contributions and religious donations** | 14. | $ | **0.00** |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | | |
|---|---|---|---|---|
| | 15a.  Life insurance | 15a. | $ | **0.00** |
| | 15b.  Health insurance | 15b. | $ | **0.00** |
| | 15c.  Vehicle insurance | 15c. | $ | **340.00** |
| | 15d.  Other insurance. Specify: | 15d. | $ | **0.00** |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify:

| | | | | |
|---|---|---|---|---|
| | | 16. | $ | **0.00** |

17. **Installment or lease payments:**

| | | | | |
|---|---|---|---|---|
| | 17a.  Car payments for Vehicle 1 | 17a. | $ | **732.00** |
| | 17b.  Car payments for Vehicle 2 | 17b. | $ | **477.00** |
| | 17c.  Other. Specify: | 17c. | $ | **0.00** |
| | 17d.  Other. Specify: | 17d. | $ | **0.00** |

| | | | | |
|---|---|---|---|---|
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | | |

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

| | | | | |
|---|---|---|---|---|
| | 20a.  Mortgages on other property | 20a. | $ | **0.00** |
| | 20b.  Real estate taxes | 20b. | $ | **0.00** |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e.  Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify:    **Streaming/Subscription Services** | 21. | +$ | **100.00** |
| | **Pet Care - 1 dog** | | +$ | **75.00** |

22. **Calculate your monthly expenses**

| | | | |
|---|---|---|---|
| 22a. Add lines 4 through 21. | | $ | **8,313.00** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| 22c. Add line 22a and 22b.  The result is your monthly expenses. | | $ | **8,313.00** |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **8,689.52** |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | **8,313.00** |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **376.52** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.
☐ Yes.    | Explain here: |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | __John C Knightly__ |
| | First Name      Middle Name      Last Name |
| Debtor 2 | __Christine F Lewis Knightly__ |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | __1:25-bk-17711__ |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes.   Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| X __/s/ John C Knightly__ | X __/s/ Christine F Lewis-Knightly__ |
| **John C Knightly** | **Christine F Lewis Knightly** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date __August 8, 2025__ | Date __August 8, 2025__ |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **John C Knightly** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christine F Lewis Knightly** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number | **1:25-bk-17711** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.   If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

☒  Married
☐  Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

☒  No
☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☒  No
☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐  No
☒  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☒ Wages, commissions, bonuses, tips | $9,519.21 | ☒ Wages, commissions, bonuses, tips | $97,593.17 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, 2024 ) | ☒ Wages, commissions, bonuses, tips | $192,696.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor 1 | **John C Knightly** |
|---|---|
| Debtor 2 | **Christine F Lewis Knightly** |

Case number *(if known)* **1:25-bk-17711**

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For the calendar year before that:** (January 1 to December 31, 2023 ) | ☒ Wages, commissions, bonuses, tips | $181,019.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
|  | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☒ No
   ☐ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?
   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

   ☒ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☒ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☒ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

| Debtor 1 | **John C Knightly** | | |
|---|---|---|---|
| Debtor 2 | **Christine F Lewis Knightly** | Case number *(if known)* | **1:25-bk-17711** |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☒ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

---

**Part 4:**  Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☒ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Mariner Finance, LLC vs John Knightly BUR DC-002364-25** | **Civil** | **Burlington County Special Civil Part, Superior Court of New Jersey 49 Rancocas Rd Mount Holly, NJ 08060** | ☐ Pending ☐ On appeal ☒ Concluded **-$3,049.10** |
| **First Portfolio Ventures, LLC, Assignee of Barclays Bank Delaware vs. Christine F Lewis BUR DC-003221-20** | **Civil** | **Burlington County Special Civil Part, Superior Court of New Jersey 49 Rancocas Rd Mount Holly, NJ 08060** | ☐ Pending ☐ On appeal ☒ Concluded |
| **LVNV Funding LLC, as Assignee to Credit One Bank, N.A. vs Christine Lewis BUR DC-009757-18** | **Civil** | **Burlington County Special Civil Part, Superior Court of New Jersey 49 Rancocas Rd Mount Holly, NJ 08060** | ☐ Pending ☐ On appeal ☒ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☒ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Bridgecrest Acceptance Corp 7300 East Hampton Avenue Suite 100 Mesa, AZ 85209** | **2015 Subaru Outback** ☒ Property was repossessed. ☐ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized or levied. | **July 18, 2025** | **Unknown** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☒ No
☐ Yes

| Debtor 1 | **John C Knightly** | | |
|---|---|---|---|
| Debtor 2 | **Christine F Lewis Knightly** | | Case number *(if known)*  **1:25-bk-17711** |

---

| Part 5: | **List Certain Gifts and Contributions** |
|---|---|

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address **(Number, Street, City, State and ZIP Code)** | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | **List Certain Losses** |
|---|---|

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☒ No
☐ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | **List Certain Payments or Transfers** |
|---|---|

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Sadek Law Offices**<br>**1500 JFK Boulevard**<br>**Suite 220**<br>**Philadelphia, PA 19102** | **Attorney Fees** | **July 18, 2025** | **$1,851.00** |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

| Debtor 1 | **John C Knightly** | |
|---|---|---|
| Debtor 2 | **Christine F Lewis Knightly** | Case number *(if known)* **1:25-bk-17711** |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☒ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of<br>property transferred | Describe any property or<br>payments received or debts<br>paid in exchange | Date transfer was<br>made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was<br>made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution and<br>Address (Number, Street, City, State and ZIP<br>Code) | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access<br>to it?<br>Address (Number, Street, City,<br>State and ZIP Code) | Describe the contents | Do you still<br>have it? |
|---|---|---|---|

| Debtor 1 | **John C Knightly** | |
|---|---|---|
| Debtor 2 | **Christine F Lewis Knightly** | Case number *(if known)* __**1:25-bk-17711**__ |

| **Part 9:** | Identify Property You Hold or Control for Someone Else |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ **No**
☒ **Yes.  Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Gabrielle Lewis**<br>**29 Waverly Road**<br>**Marlton, NJ 08053** | **PCN Bank** | **Checking Account; Debtor is joint on adult daughters checking account hat was opened when daughter was a minor; Debtor does not withdraw or deposit into account; All funds in account are from daughters income; Debtor wife has only bare legal title to account** | $255.39 |
| **Louis F. Lewis**<br>**2 Garwood Court**<br>**Somerdale, NJ 08083** | **PNC Bank** | **Checking Account; Debtor wife is listed on mothers account; All funds in account are from Social Security and retirement earnings; Debtor does not with drawl or deposit into account; Debtor has only bare legal title to account.** | $750.00 |

| **Part 10:** | Give Details About Environmental Information |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **John C Knightly** | | |
|---|---|---|---|
| Debtor 2 | **Christine F Lewis Knightly** | Case number *(if known)* | **1:25-bk-17711** |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address *(Number, Street, City, State and ZIP Code)* | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☒ No. None of the above applies.    Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>*(Number, Street, City, State and ZIP Code)* | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☒ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>*(Number, Street, City, State and ZIP Code)* | Date Issued |
|---|---|
| | |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ John C Knightly | /s/ Christine F Lewis-Knightly |
|---|---|
| John C Knightly | Christine F Lewis Knightly |
| Signature of Debtor 1 | Signature of Debtor 2 |

| Date | **August 8, 2025** | Date | **August 8, 2025** |
|---|---|---|---|

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **John C Knightly** |
| Debtor 2 (Spouse, if filing) | **Christine F Lewis Knightly** |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number (if known) | **1:25-bk-17711** |

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

- [ ] 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).
- [x] 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).
- [ ] 3. The commitment period is 3 years.
- [x] 4. The commitment period is 5 years.

[ ] Check if this is an amended filing

## Official Form 122C-1
## Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
**10/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Average Monthly Income |
|---|---|

1. **What is your marital and filing status?** Check one only.
   - [ ] **Not married.** Fill out Column A, lines 2-11.
   - [x] **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 2,168.38 | $ 12,974.89 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 Copy here -> | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 Copy here -> | $ 0.00 | $ 0.00 |

Official Form 122C-1    **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**    **page 1**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **John C Knightly**
Debtor 2    **Christine F Lewis Knightly** _____

Case number (*if known*)    **1:25-bk-17711** _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 7.  **Interest, dividends, and royalties** | $ _____ 0.00 | $ _____ 0.00 |
| 8.  **Unemployment compensation** | $ _____ 1,260.00 | $ _____ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you .................................................$ _____ 0.00

For your spouse....................................$ _____ 0.00

9.  **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ _____ 0.00      $ _____ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

_____      $ _____ 0.00      $ _____ 0.00

_____      $ _____ 0.00      $ _____ 0.00

Total amounts from separate pages, if any.      + $ _____ 0.00      $ _____ 0.00

11. **Calculate your total average monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.      $ ___ 3,428.38      + $ ___ 12,974.89      = $ ___ 16,403.28

Total average
monthly income

| **Part 2:** | Determine How to Measure Your Deductions from Income |
|---|---|

12. **Copy your total average monthly income from line 11.** ........................................      $ ___ 16,403.28

13. **Calculate the marital adjustment.** Check one:

☐ You are not married. Fill in 0 below.

☒ You are married and your spouse is filing with you. Fill in 0 below.

☐ You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

_____      $ _____

_____      $ _____

_____      + $ _____

Total.....................................................      $ _____ 0.00      Copy here=>      - _____ 0.00

14. **Your current monthly income.** Subtract line 13 from line 12.      $ ___ 16,403.28

15. **Calculate your current monthly income for the year.** Follow these steps:

15a.  Copy line 14 here=> .........................................................................      $ ___ 16,403.28

Official Form 122C-1      **Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period**      **page 2**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | John C Knightly | | |
|---|---|---|---|
| Debtor 2 | Christine F Lewis Knightly | Case number (*if known*) | 1:25-bk-17711 |

|  | Multiply line 15a by 12 (the number of months in a year). |  | **x 12** |
|---|---|---|---|
| 15b. | The result is your current monthly income for the year for this part of the form. .......................................... | | $    **196,839.32** |

---

**16.  Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.                         **NJ**

16b. Fill in the number of people in your household.              **4**

16c. Fill in the median family income for your state and size of household. ......................................................    $    **163,110.00**
To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form. This list may also be available at the bankruptcy clerk's office.

**17.  How do the lines compare?**

17a.  ☐  Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11
U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b.  ☒  Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. §
1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy
your current monthly income from line 14 above.

---

| **Part 3:** | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

**18.  Copy your total average monthly income from line 11 .** .......................................................................    $        **16,403.28**

**19.  Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend
that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's
income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a.                         -$        **0.00**

19b. **Subtract line 19a from line 18.**                                                        $        **16,403.28**

**20.  Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b ............................................................................................    $        **16,403.28**

Multiply by 12 (the number of months in a year).                                                **x 12**

20b. The result is your current monthly income for the year for this part of the form         $        **196,839.32**

20c. Copy the median family income for your state and size of household from line 16c......................    $        **163,110.00**

**21.  How do the lines compare?**

☐  Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment
period is 3 years.* Go to Part 4.

☒  Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The
commitment period is 5 years.* Go to Part 4.

---

| **Part 4:** | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X  **/s/ John C Knightly**                                      X  **/s/ Christine F Lewis-Knightly**
   **John C Knightly**                                             **Christine F Lewis Knightly**
   Signature of Debtor 1                                           Signature of Debtor 2

Date    **August 8, 2025**                                      Date    **August 8, 2025**
        MM / DD / YYYY                                                  MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

---

| Debtor 1 | **John C Knightly** | | |
|---|---|---|---|
| Debtor 2 | **Christine F Lewis Knightly** | | Case number (*if known*) | **1:25-bk-17711** |

<table>
<tr><td colspan="2" style="background-color:black;color:white">Fill in this information to identify your case:</td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **John C Knightly** |
| Debtor 2 (Spouse, if filing) | **Christine F Lewis Knightly** |
| United States Bankruptcy Court for the: | District of New Jersey |
| Case number (if known) | **1:25-bk-17711** |

☐ Check if this is an amended filing

**Official Form 122C-2**

# Chapter 13 Calculation of Your Disposable Income

04/25

To fill out this form, you will need your completed copy of *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period* (Official Form 122C-1).

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which additional information applies. On the top any additional pages, write your name and case number (if known).

| Part 1: | Calculate Your Deductions from Your Income |
|---|---|

The Internal Revenue Service (IRS) issues National and Local Standards for certain expense amounts. Use these amounts to answer the questions in lines 6-15. To find the IRS standards, go online using the link specified in the separate instructions for this form. This information may also be available at the bankruptcy clerk's office.

Deduct the expense amounts set out in lines 6-15 regardless of your actual expense. In later parts of the form, you will use some of your actual expenses if they are higher than the standards. Do not include any operating expenses that you subtracted from income in lines 5 and 6 of Form 122C–1, and do not deduct any amounts that you subtracted from your spouse's income in line 13 of Form 122C–1.

If your expenses differ from month to month, enter the average expense.

Note: Line numbers 1-4 are not used in this form. These numbers apply to information required by a similar form used in chapter 7 cases.

5. **The number of people used in determining your deductions from income**

Fill in the number of people who could be claimed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. This number may be different from the number of people in your household.

> **4 Living Housing**

| National Standards | You must use the IRS National Standards to answer the questions in lines 6-7. |
|---|---|

6. **Food, clothing, and other items:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for food, clothing, and other items. $ __**2,129.00**__

7. **Out-of-pocket health care allowance:** Using the number of people you entered in line 5 and the IRS National Standards, fill in the dollar amount for out-of-pocket health care. The number of people is split into two categories--people who are under 65 and people who are 65 or older--because older people have a higher IRS allowance for health car costs. If your actual expenses are higher than this IRS amount, you may deduct the additional amount on line 22.

**People who are under 65 years of age**

| | | | | |
|---|---|---|---|---|
| 7a. | Out-of-pocket health care allowance per person | $ | __84.00__ | |
| 7b. | Number of people who are under 65 | X | __4__ | |
| 7c. | **Subtotal.** Multiply line 7a by line 7b. | $ | __336.00__ | Copy here=> $ __336.00__ |

**People who are 65 years of age or older**

| Debtor 1 | **John C Knightly** | | |
|---|---|---|---|
| Debtor 2 | **Christine F Lewis Knightly** | Case number (*if known*) | **1:25-bk-17711** |

7d.  Out-of-pocket health care allowance per person       $ __**149.00**__

7e.  Number of people who are 65 or older          X __**0**__

7f.  Subtotal. Multiply line 7d by line 7e.       $ __**0.00**__     Copy here=>  $ __**0.00**__

7g.  **Total.** Add line 7c and line 7f................................................ $ __**336.00**__     Copy total here=> $ __**336.00**__

---

**Local Standards**     You must use the IRS Local Standards to answer the questions in lines 8-15.

**Based on information from the IRS, the U.S. Trustee Program has divided the IRS Local Standard for housing for bankruptcy purposes into two parts:**

☒ **Housing and utilities - Insurance and operating expenses**
☒ **Housing and utilities - Mortgage or rent expenses**

**To answer the questions in lines 8-9, use the U.S. Trustee Program chart. To find the chart, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.**

8.   **Housing and utilities - Insurance and operating expenses:** Using the number of people you entered in line 5, fill in the dollar amount listed for your county for insurance and operating expenses.       $ __**906.00**__

9.   **Housing and utilities - Mortgage or rent expenses:**

9a.  Using the number of people you entered in line 5, fill in the dollar amount listed for your county for mortgage or rent expenses.       $ __**2,426.00**__

9b.  Total average monthly payment for all mortgages and other debts secured by your home.

To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Next divide by 60.

| Name of the creditor | Average monthly payment |
|---|---|
| **M & T Bank** | $ __**2,921.00**__ |

9b. Total average monthly payment    $ __**2,921.00**__   Copy here=>  -$ __**2,921.00**__    Repeat this amount on line 33a.

9c.  Net mortgage or rent expense.

Subtract line 9b (*total average monthly payment*) from line 9a (*mortgage or rent expense*). If this number is less than $0, enter $0.    $ __**0.00**__   Copy here=>  $ __**0.00**__

10.  **If you claim that the U.S. Trustee Program's division of the IRS Local Standard for housing is incorrect and affects the calculation of your monthly expenses, fill in any additional amount you claim.**       $ __**0.00**__

Explain why: _____

---

| Debtor 1 | John C Knightly | | |
|---|---|---|---|
| Debtor 2 | Christine F Lewis Knightly | Case number *(if known)* | 1:25-bk-17711 |

**11. Local transportation expenses:** Check the number of vehicles for which you claim an ownership or operating expense.

☐ 0. Go to line 14.

☐ 1. Go to line 12.

☒ 2 or more. Go to line 12.

**12. Vehicle operation expense:** Using the IRS Local Standards and the number of vehicles for which you claim the operating expenses, fill in the *Operating Costs* that apply for your Census region or metropolitan statistical area. ........ $ _____ **600.00**

**13. Vehicle ownership or lease expense:** Using the IRS Local Standards, calculate the net ownership or lease expense for each vehicle below. You may not claim the expense if you do not make any loan or lease payments on the vehicle.  In addition, you may not claim the expense for more than two vehicles.

| Vehicle 1 | Describe Vehicle 1: | **2015 Subaru Outback 130000 milesVehicle - Already in possession of lender** |
|---|---|---|

13a. Ownership or leasing costs using IRS Local Standard.................................................. $ _____ **662.00**

13b. Average monthly payment for all debts secured by Vehicle 1.

Do not include costs for leased vehicles.

To calculate the average monthly payment here and on line 13e, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

| Name of each creditor for Vehicle 1 | Average monthly payment |
|---|---|
| **First Investors Financial Dept** | $ _____ **378.20** |
| Total Average Monthly Payment | $ _____ **378.20** |

Copy here => -$ _____ **378.20**   Repeat this amount on line 33b.

13c. Net Vehicle 1 ownership or lease expense

Subtract line 13b from line 13a. if this number is less than $0, enter $0. ..................... $ _____ **283.80**

Copy net Vehicle 1 expense here => $ _____ **283.80**

| Vehicle 2 | Describe Vehicle 2: | _____ |
|---|---|---|

13d. Ownership or leasing costs using IRS Local Standard.................................................. $ _____ **0.00**

13e. Average monthly payment for all debts secured by Vehicle 2. Do not include costs for leased vehicles.

| Name of each creditor for Vehicle 2 | Average monthly payment |
|---|---|
| **NONE-** | $ _____ |
| Total average monthly payment | $ _____ **0.00** |

Copy here => -$ _____ **0.00**   Repeat this amount on line 33c.

13f. Net Vehicle 2 ownership or lease expense

Subtract line 13e from line 13d. if this number is less than $0, enter $0. ........................ $ _____ **0.00**

Copy net Vehicle 2 expense here => $ _____ **0.00**

**14. Public transportation expense: If you claimed 0 vehicles in line 11, using the IRS Local Standards, fill in the** *Public Transportation* **expense allowance regardless of whether you use public transportation.** $ _____ **0.00**

**15. Additional public transportation expense:** If you claimed 1 or more vehicles in line 11 and if you claim that you may also deduct a public transportation expense, you may fill in what you believe is the appropriate expense, but you may not claim more than the IRS Local Standard for *Public Transportation*. $ _____ **0.00**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **John C Knightly** | | |
|---|---|---|---|
| Debtor 2 | **Christine F Lewis Knightly** | Case number (*if known*) | **1:25-bk-17711** |

**Other Necessary Expenses**     In addition to the expense deductions listed above, you are allowed your monthly expenses for the following IRS categories.

16.  **Taxes:** The total monthly amount that you will actually pay for federal, state and local taxes, such as income taxes, self-employment taxes, social security taxes, and Medicare taxes. You may include the monthly amount withheld from your pay for these taxes. However, if you expect to receive a tax refund, you must divide the expected refund by 12 and subtract that number from the total monthly amount that is withheld to pay for taxes.
Do not include real estate, sales, or use taxes.                                                                     $ _____ **3,517.68**

17.  **Involuntary deductions:** The total monthly payroll deductions that your job requires, such as retirement contributions, union dues, and uniform costs.
Do not include amounts that are not required by your job, such as voluntary 401(k) contributions or payroll savings.    $ _____ **4,104.25**

18.  **Life Insurance:** The total monthly premiums that you pay for your own term life insurance. If two married people are filing together, include payments that you make for your spouse's term life insurance.
Do not include premiums for life insurance on your dependents, for a non-filing spouse's life insurance, or for any form of life insurance other than term.                                                                $ _____ **0.00**

19.  **Court-ordered payments:** The total monthly amount that you pay as required by the order of a court or administrative agency, such as spousal or child support payments.
Do not include payments on past due obligations for spousal or child support. You will list these obligations on line 35.    $ _____ **0.00**

20.  **Education:** The total monthly amount that you pay for education that is either required:
☒ as a condition for your job, or
☒ for your physically or mentally challenged dependent child if no public education is available for similar services.    $ _____ **0.00**

21.  **Childcare:** The total monthly amount that you pay for childcare, such as babysitting, daycare, nursery, and preschool.
Do not include payments for any elementary or secondary school education.                                          $ _____ **225.00**

22.  **Additional health care expenses, excluding insurance costs:** The monthly amount that you pay for health care that is required for the health and welfare of you or your dependents and that is not reimbursed by insurance or paid by a health savings account. Include only the amount that is more than the total entered in line 7.
Payments for health insurance or health savings accounts should be listed only in line 25.                          $ _____ **74.00**

23.  **Optional telephone and telephone services:** The total monthly amount that you pay for telecommunication services for you and your dependents, such as pagers, call waiting, caller identification, special long distance, or business cell phone service, to the extent necessary for your health and welfare or that of your dependents or for the production of income, if it is not reimbursed by your employer.
Do not include payments for basic home telephone, internet and cell phone service. Do not include self-employment expenses, such as those reported on line 5 of Official Form 122C-1, or any amount you previously deducted.    +$ _____ **254.00**

24.  **Add all of the expenses allowed under the IRS expense allowances.**
Add lines 6 through 23.                                                                                        $ _____ **12,429.73**

**Additional Expense Deductions**     These are additional deductions allowed by the Means Test.
*Note*: Do not include any expense allowances listed in lines 6-24.

25.  **Health insurance, disability insurance, and health savings account expenses.** The monthly expenses for health insurance, disability insurance, and health savings accounts that are reasonably necessary for yourself, your spouse, or your dependents.

| | | |
|---|---|---|
| Health insurance | $ _____ **720.00** | |
| Disability insurance | $ _____ **0.00** | |
| Health savings account | + $ _____ **0.00** | |
| Total | $ _____ **720.00** | Copy total here=> .................................$ _____ **720.00** |

Do you actually spend this total amount?
☐   No. How much do you actually spend?
☒   Yes                                                          $ _____

26.  **Continuing contributions to the care of household or family members.** The actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. These expenses may include contributions to an account of a qualified ABLE program. 26 U.S.C. § 529A(b)                        $ _____ **0.00**

27.  **Protection against family violence.** The reasonably necessary monthly expenses that you incur to maintain the safety of you and your family under the Family Violence Prevention and Services Act or other federal laws that apply.
By law, the court must keep the nature of these expenses confidential.                                          $ _____ **0.00**

| | |
|---|---|
| Debtor 1 | **John C Knightly** |
| Debtor 2 | **Christine F Lewis Knightly** |

Case number (*if known*) **1:25-bk-17711**

28. **Additional home energy costs.** Your home energy costs are included in your insurance and operating expenses on line 8.

    If you believe that you have home energy costs that are more than the home energy costs included in expenses on line 8, then fill in the excess amount of home energy costs

    You must give your case trustee documentation of your actual expenses, and you must show that the additional amount claimed is reasonable and necessary.                                           $ _____0.00

29. **Education expenses for dependent children who are younger than 18.** The monthly expenses (not more than $214.58* per child) that you pay for your dependent children who are younger than 18 years old to attend a private or public elementary or secondary school.

    You must give your case trustee documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in lines 6-23.

    * Subject to adjustment on 4/01/28, and every 3 years after that for cases begun on or after the date of adjustment.         $ _____0.00

30. **Additional food and clothing expense.** The monthly amount by which your actual food and clothing expenses are higher than the combined food and clothing allowances in the IRS National Standards. That amount cannot be more than 5% of the food and clothing allowances in the IRS National Standards.

    To find a chart showing the maximum additional allowance, go online using the link specified in the separate instructions for this form. This chart may also be available at the bankruptcy clerk's office.

    You must show that the additional amount claimed is reasonable and necessary.                                         $ _____77.00

31. **Continuing charitable contributions.** The amount that you will continue to contribute in the form of cash or financial instruments to a religious or charitable organization. 11 U.S.C. § 548(d)(3) and (4).

    Do not include any amount more than 15% of your gross monthly income.                                              $ _____0.00

32. **Add all of the additional expense deductions.**
    Add lines 25 through 31.                                                                                   $ _____797.00

## Deductions for Debt Payment

33. **For debts that are secured by an interest in property that you own, including home mortgages, vehicle loans, and other secured debt, fill in lines 33a through 33e.**

    To calculate the total average monthly payment, add all amounts that are contractually due to each secured creditor in the 60 months after you file for bankruptcy. Then divide by 60.

    **Mortgages on your home** | **Average monthly payment**

33a.   Copy line 9b here ......................................................................=>  $    **2,921.00**

    **Loans on your first two vehicles**

33b.   Copy line 13b here ....................................................................=>  $    **378.20**

33c.   Copy line 13e here ....................................................................=>  $    **0.00**

33d.   List other secured debts:

| Name of each creditor for other secured debt | Identify property that secures the debt | Does payment include taxes or insurance? | |
|---|---|---|---|
| **-NONE-** | | ☐ No  ☐ Yes | $ _____ |
| _____ | _____ | ☐ No  ☐ Yes | $ _____ |
| _____ | _____ | ☐ No  ☐ Yes  + | $ _____ |

33e   Total average monthly payment. Add lines 33a through 33d...................   $    **3,299.20**   | Copy total here=> | $  **3,299.20**

| Debtor 1 | **John C Knightly** | | |
|---|---|---|---|
| Debtor 2 | **Christine F Lewis Knightly** | Case number *(if known)* | **1:25-bk-17711** |

**34. Are any debts that you listed in line 33 secured by your primary residence, a vehicle, or other property necessary for your support or the support of your dependents?**

☐ No.    Go to line 35.
☒ Yes.   State any amount that you must pay to a creditor, in addition to the payments listed in line 33, to keep possession of your property (called the *cure amount*). Next, divide by 60 and fill in the information below.

| Name of the creditor | Identify property that secures the debt | | Total cure amount | | Monthly cure amount |
|---|---|---|---|---|---|
| **Bridgecrest Acceptance Corp** | **2016 Fiat 500x 75000 miles Vehicle** | $ | **401.00** ÷ 60 = $ | | **6.68** |
| **First Investors Financial Dept** | **2020 Jeep Grand Cherokee 80000 miles Vehicle** | $ | **1,464.00** ÷ 60 = $ | | **24.40** |
| | | $ | ÷ 60 = +$ | | |
| | Total | $ | **31.08** | Copy total here=> $ | **31.08** |

**35. Do you owe any priority claims - such as a priority tax, child support, or alimony - that are past due as of the filing date of your bankruptcy case?** 11 U.S.C. § 507.

☐ No.    Go to line 36.
☒ Yes.   Fill in the total amount of all of these priority claims. Do not include current or ongoing priority claims, such as those you listed in line 19.

Total amount of all past-due priority claims ..................................................  $   **3,500.67**  ÷ 60  $   **58.34**

**36. Projected monthly Chapter 13 plan payment**  $   **3,769.00**

Current multiplier for your district as stated on the list issued by the Administrative Office of the United States Courts (for districts in Alabama and North Carolina) or by the Executive Office for United States Trustees (for all other districts).    X   **10.00**

To find a list of district multipliers that includes your district, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

Average monthly administrative expense    $   **376.90**    Copy total here=>   $   **376.90**

**37. Add all of the deductions for debt payment.** Add lines 33e through 36.    $   **3,765.53**

**Total Deductions from Income**

**38. Add all of the allowed deductions.**

Copy line 24, *All of the expenses allowed under IRS expense allowances* ...............................................    $   **12,429.73**

Copy line 32, *All of the additional expense deductions* ...........    $   **797.00**

Copy line 37, *All of the deductions for debt payment* ..............   +$   **3,765.53**

Total deductions...........................................................    $   **16,992.25**    Copy total here=>   $   **16,992.25**

| Debtor 1 | John C Knightly | | |
|---|---|---|---|
| Debtor 2 | Christine F Lewis Knightly | Case number *(if known)* | 1:25-bk-17711 |

| **Part 2:** | **Determine Your Disposable Income Under 11 U.S.C. § 1325(b)(2)** |
|---|---|

39. **Copy your total current monthly income from line 14 of Form 122C-1,** *Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period.*..................................... $ _____ **16,403.28**

40. **Fill in any reasonably necessary income you receive for support for dependent children.** The monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I of Form 122C-1, that you received in accordance with applicable nonbankruptcy law to the extent reasonably necessary to be expended for such child. $ _____ **0.00**

41. **Fill in all qualified retirement deductions.** The monthly total of all amounts that your employer withheld from wages as contributions for qualified retirement plans, as specified in 11 U.S.C. § 541(b)(7) plus all required repayments of loans from retirement plans, as specified in 11 U.S.C. § 362(b)(19). $ _____ **0.00**

42. **Total of all deductions allowed under 11 U.S.C. § 707(b)(2)(A).** Copy line 38 here ....=> $ _____ **16,992.25**

43. **Deduction for special circumstances.** If special circumstances justify additional expenses and you have no reasonable alternative, describe the special circumstances and their expenses. You must give your case trustee a detailed explanation of the special circumstances and documentation for the expenses.

| Describe the special circumstances | Amount of expense |
|---|---|
| _____ | $ _____ **0.00** |
| _____ | $ _____ **0.00** |
| _____ | $ _____ **0.00** |

Total  $ _____ **0.00**    Copy here=> $ _____ **0.00**

44. **Total adjustments.** Add lines 40 through 43. .........................................=> $ _____ **16,992.25**    Copy here=> -$ _____ **16,992.25**

45. **Calculate your monthly disposable income under § 1325(b)(2).** Subtract line 44 from line 39.   $ _____ **0.00**

| **Part 3:** | **Change in Income or Expenses** |
|---|---|

46. **Change in income or expenses.** If the income in Form 122C-1 or the expenses you reported in this form have changed or are virtually certain to change after the date you filed your bankruptcy petition and during the time your case will be open, fill in the information below. For example, if the income reported increased after you filed your petition, check 122C-1 in the first column, enter line 2 in the second column, explain why the wages increased, fill in when the increase occurred, and fill in the amount of the increase.

| Form | Line | Reason for change | Date of change | Increase or decrease? | Amount of change |
|---|---|---|---|---|---|
| | | | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | John C Knightly | | |
|---|---|---|---|
| Debtor 2 | Christine F Lewis Knightly | Case number (*if known*) | **1:25-bk-17711** |

| Part 4: | Sign Below |
|---|---|

By signing here, under penalty of perjury you declare that the information on this statement and in any attachments is true and correct.

X **/s/ John C Knightly**                                X **/s/ Christine F Lewis-Knightly**
  **John C Knightly**                                     **Christine F Lewis Knightly**
  Signature of Debtor 1                                   Signature of Debtor 2

Date   **August 8, 2025**                          Date   **August 8, 2025**
       MM / DD  / YYYY                                     MM / DD  / YYYY

| Debtor 1 | **John C Knightly** | | | |
|---|---|---|---|---|
| Debtor 2 | **Christine F Lewis Knightly** | | Case number *(if known)* | **1:25-bk-17711** |

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **01/01/2025** to **06/30/2025**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employer: Harvest Coffee LLC**
Constant income of **$950.71** per month.*

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employer: DEL-VAL FOOD ING**
Constant income of **$1,217.67** per month.*

**Line 8 - Unemployment compensation (included in CMI)**
Source of Income: **Unemployment Benefits**
Income by Month:

| | | |
|---|---|---|
| 6 Months Ago: | **01/2025** | **$0.00** |
| 5 Months Ago: | **02/2025** | **$0.00** |
| 4 Months Ago: | **03/2025** | **$3,003.00** |
| 3 Months Ago: | **04/2025** | **$3,255.00** |
| 2 Months Ago: | **05/2025** | **$1,302.00** |
| Last Month: | **06/2025** | **$0.00** |
| | Average per month: | **$1,260.00** |

| Debtor 1 | **John C Knightly** | | |
|---|---|---|---|
| Debtor 2 | **Christine F Lewis Knightly** | Case number (*if known*) | **1:25-bk-17711** |

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **01/01/2025** to **06/30/2025**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Employer: New Jersey Department of Treasury**
Constant income of **$12,974.89** per month.*

| Debtor 1 | **John C Knightly** | | | | |
|---|---|---|---|---|---|
| Debtor 2 | **Christine F Lewis Knightly** | | Case number *(if known)* | **1:25-bk-17711** | |

**\*Paycheck Details:**

**Harvest Coffee LLC**

| Date | Earnings | Overtime | Taxes | Other | Net Check |
|---|---|---|---|---|---|
| 05/23/2025 | 1,057.69 | 0.00 | 200.00 | 108.65 | 749.04 |
| 06/06/2025 | 2,339.82 | 0.00 | 200.00 | 282.74 | 1,857.08 |
| 06/20/2025 | 2,306.77 | 0.00 | 200.00 | 277.98 | 1,828.79 |
| Totals: | 5,704.28 | 0.00 | 600.00 | 669.37 | 4,434.91 |

**DEL-VAL FOOD ING**

| Date | Earnings | Overtime | Taxes | Other | Net Check |
|---|---|---|---|---|---|
| 01/08/2025 | 1,824.14 | 0.00 | 0.00 | 0.00 | 1,824.14 |
| 01/22/2025 | 1,827.29 | 0.00 | 0.00 | 0.00 | 1,827.29 |
| 02/05/2025 | 1,827.29 | 0.00 | 0.00 | 0.00 | 1,827.29 |
| 02/19/2025 | 1,827.29 | 0.00 | 0.00 | 0.00 | 1,827.29 |
| Totals: | 13,010.29 | 0.00 | 600.00 | 669.37 | 11,740.92 |

**New Jersey Department of Treasury**

| Date | Earnings | Overtime | Taxes | Other | Net Check |
|---|---|---|---|---|---|
| 01/03/2025 | 6,290.30 | 0.00 | 0.00 | 3,740.54 | 2,549.76 |
| 01/17/2025 | 6,505.37 | 0.00 | 0.00 | 3,839.13 | 2,666.24 |
| 02/14/2025 | 6,505.37 | 0.00 | 0.00 | 4,153.17 | 2,352.20 |
| 02/28/2025 | 6,505.37 | 0.00 | 0.00 | 4,153.17 | 2,352.20 |
| 03/14/2025 | 6,505.37 | 0.00 | 0.00 | 4,153.17 | 2,352.20 |
| 03/28/2025 | 6,505.37 | 0.00 | 0.00 | 4,144.57 | 2,360.80 |
| 04/11/2025 | 6,505.37 | 0.00 | 0.00 | 4,125.52 | 2,379.85 |
| 04/25/2025 | 6,505.37 | 0.00 | 0.00 | 4,125.52 | 2,379.85 |
| 05/09/2025 | 6,505.37 | 0.00 | 0.00 | 4,125.52 | 2,379.85 |
| 05/23/2025 | 6,505.37 | 0.00 | 0.00 | 4,125.52 | 2,379.85 |
| 06/06/2025 | 6,505.37 | 0.00 | 0.00 | 4,125.52 | 2,379.85 |
| 06/20/2025 | 6,505.37 | 0.00 | 0.00 | 4,125.52 | 2,379.85 |
| Totals: | 90,859.66 | 0.00 | 600.00 | 49,606.24 | 40,653.42 |

## Notice Required by 11 U.S.C. § 342(b) for
## Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |  | filing fee |
|---|---|---|
|  | $1,167 | filing fee |
| + | $571 | administrative fee |
|  | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**Jeanie D. Wiesner**
**1500 JFK Blvd. Ste 220**
**Philadelphia, PA 19102**
**(215) -54-5-00x08**
**jeanie@sadeklaw.com**

In Re:  **John C Knightly**
        **Christine F Lewis Knightly**

Case No.:   1:25-bk-17711

Chapter:   13

Judge:

## DISCLOSURE OF CHAPTER 13 DEBTOR'S ATTORNEY COMPENSATION

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the debtor(s) and that compensation was paid to me within one year before the filed date of the petition, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in connection with this bankruptcy case is as follows:

☒ Under D.N.J. LBR 2016-5(b), I have agreed to accept for all legal services required to confirm a plan, subject to the exclusions listed below, including administrative services that may occur postconfirmation, a flat fee in the amount of $  **4,750.00**  . I understand that I must demonstrate that additional services were unforeseeable at the time of the filing of this disclosure if I seek additional compensation and reimbursement of necessary expenses.

Legal services on behalf of the debtor in connection with the following are not included in the flat fee:

Representation of the debtor in:
- adversary proceedings,
- loss mitigation/loan modification efforts,
- post-confirmation filings and matters brought before the Court.

I have received:                                          $   **1,851.00**

The balance due is:                                       $   **2,899.00**

The balance ☒ will ☐ will not be paid through the plan.

☐ Under D.N.J. LBR 2016-5(c), I have agreed to accept for legal services provided on behalf of the debtor in this case, an hourly fee of $ ____. The hourly fee charged by other members of my firm that may provide services to this client range from $ ____ to $ ____. I understand that I must receive the Court's approval of any fees or expenses to be paid to me in this case post petition pursuant to D.N.J. LBR 2016-1.

I have received:                                          $ ____

2.      The source of the funds paid to me was:

☒ Debtor(s)              ☐ Other (specify below)

3.      If a balance is due, the source of future compensation to be paid to me is:

☒ Debtor(s)                    ☐ Other (specify below)

_____

_____

4.      I ☐ have or ☒ have not agreed to share compensation with another person(s) unless they are members of my law firm. If I have agreed to share compensation with a person(s) who is not a member of my law firm, a copy of that agreement and a list of the people sharing in the compensation is attached.

5.      (a) The Debtor(s) agree that coverage counsel may appear at hearings on their behalf in lieu of counsel retained by Debtor(s) as needed. If possible, Debtor's counsel will advise Debtor(s) of the use of coverage counsel for any hearings prior to that hearing. Debtor(s) acknowledge that coverage counsel may not be a member of my firm and may or may not be compensated for their appearance.

/s/ JCK                    /s/ CFL
---                        ---
Debtor(s) Initials         Debtor(s) Initials

       (b) The Debtor(s) DO NOT agree that coverage counsel may appear at hearings on their behalf in lieu of counsel retained by Debtor(s) as needed. All appearances related to the Debtor(s) matter will be made by me, the undersigned attorney, or members of my law firm.

_____          _____
Debtor(s) Initials        Debtor(s) Initials

6.      The Debtor(s) have reviewed this Disclosure and it is consistent with the terms of the Retainer Agreement.

Date:    **August 6, 2025**              **/s/ John C Knightly**
                                         **John C Knightly**
                                         Debtor

Date:    **August 6, 2025**              **/s/ Christine F Lewis-Knightly**
                                         **Christine F Lewis Knightly**
                                         Joint Debtor

Date:    **August 6, 2025**              **/s/ Jeanie D. Wiesner**
                                         **Jeanie D. Wiesner**
                                         Debtor's Attorney

*rev. 8/1/21*

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

## United States Bankruptcy Court
### District of New Jersey

In re    **John C Knightly**
**Christine F Lewis Knightly** _____    Case No.    **1:25-bk-17711** _____
                                    Debtor(s)                  Chapter    **13** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **August 8, 2025** _____    **/s/ John C Knightly** _____
                                    **John C Knightly**
                                    Signature of Debtor

Date:    **August 8, 2025** _____    **/s/ Christine F Lewis-Knightly** _____
                                    **Christine F Lewis Knightly**
                                    Signature of Debtor

Affirm, Inc.
Attn: Bankruptcy
650 California St
Fl 12
San Francisco, CA 94108-2716


Afterpay
600 California St., Dl 11
San Francisco, CA 94108


Ally Credit Card/Cws
PO Box 9222
Old Bethpage, NY 11804-9222


Amerihome Mortgage
Attn: Bankruptcy
1 Baxter Way
Ste 300
Thousand Oaks, CA 91362-3888


Avant LLC
Attn: Bankruptcy
222 Merchandise Mart Plz
Ste 900
Chicago, IL 60654-1105


Barclays Bank Delaware
c/o First Portfolio Ventures I LLC
3091 Governors Lake Dr  Ste 500
Peachtree Corners, GA 30071-1135


Best Egg
Attn: Bankrupcty
PO Box 42912
Philadelphia, PA 19101-2912


Bridgecrest Acceptance Corp
PO Box 53087
Phoenix, AZ 85072-3087


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285


Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302


Comenity Bank/Victoria Secret
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

```
Comenity/Sephora
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125


Comenitybank/New York
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125


Continental Finance Co
Attn: Bankruptcy
4550 Linden Hill Rd
Ste 4
Wilmington, DE 19808-2930


Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679


Credit One Bank
Attn: Bankruptcy Department
6801 S Cimarron Rd
Las Vegas, NV 89113-2273


Credit One Bank, N.A.
c/o LVNV Funding LLC
P.O. Box 740281
Houston, TX 77274


Dept of Education/MOHELA
Attn: Bankruptcy
PO Box 9635
Wilkes Barre, PA 18773-9635


Evesham Township Tax Collector
984 Tuckerton Road
Marlton, NJ 08053


First Investors Financial Dept
Attn: Bankruptcy
3065 Akers Mill Rd SE
Ste 700
Atlanta, GA 30339-3124


Genesis Fs Card Services
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076-4401


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Klarna
P.O. Box 8116
Columbus, OH 43201
```

Koda Lending dba Helpful Lending
P.O. Box 246
Fort Thompson, SD 57339


M & T Bank
Attn: Bankruptcy
PO Box 844
Buffalo, NY 14240-0844


Mariner Finance
Attn: Bankruptcy
8211 Town Center Dr
Nottingham, MD 21236-5904


NetCredit
Attn: Bankruptcy
175 W Jackson Blvd
Ste 1000
Chicago, IL 60604-2863


Onemain
PO Box 1010
Evansville, IN 47706-1010


Philadelphia Department of Revenue
PO Box 1630
Philadelphia, PA 19105


Progressive
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679


Prosper Funding, LLC
Attn: Bankruptcy Dept
221 Main St
Ste 300
San Francisco, CA 94105-1909


Ragan & Ragan, PC
3100 Route 138 West
Brinley Plaza, Building One
Wall, NJ 07719


Santander Consumer USA, Inc
Attn: Bankruptcy
PO Box 961245
Fort Worth, TX 76161-0244


Secretary of HUD
451 Seventh Street Southwest
Washington, DC 20410


South Jersey Gas
P.O. Box 6091
Bellmawr, NJ 08099

```
Stenger & Stenger
2618 East Paris Ave SE
Grand Rapids, MI 49456


Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


TD Bank/Target
C/O Financial & Retail Services Mailstop
PO Box 9475
Minneapolis, MN 55440-9475


Upgrade, Inc.
Attn: Bankruptcy
275 Battery St
Fl 23
San Francisco, CA 94111-3305


Upstart Network Inc.
PO Box 1503
San Carlos, CA 94070-7503


Zip Co Inc.
101 California St., Ste. 2710
San Francisco, CA 94111
```